UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SARAH BRUNO REYES, | Case No.: 25-CV-2959-JLS (JLB) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO STAY BRIEFING SCHEDULE RE MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |
| v. | |
| CHRISTOPHER LAROSE, Warden Otay Mesa Detention Center, et al., | |
| Defendants. | (ECF No. 14) |

Presently before the Court is the Parties' Joint Motion to Stay Briefing Schedule Re Motion for Attorney's Fees Under the Equal Access to Justice Act ("Joint Mot.," ECF No. 14). Petitioner filed a Motion for Attorney's Fees that is currently pending. ECF No. 10. The Parties have requested multiple extensions to the briefing schedule to allow for discussions relating to an extrajudicial resolution. *See* ECF Nos. 9, 13. The Parties now request a stay of the briefing schedule as "[t]he Parties have been working on an extrajudicial resolution of the motion and require additional time to finalize and satisfy the terms of the settlement agreement." Joint Mot. at 1.

/ / /

/ / /

/ / /

1

Good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 14). The previously set briefing scheduled is **VACATED**. The Parties are **ORDERED** to file a joint status report every 180 days to apprise the Court of the status of this matter.

**IT IS SO ORDERED.**

Dated: March 19, 2026

Hon. Janis L. Sammartino
United States District Judge

25-CV-2959-JLS (JLB)